IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

YUDELKA SANCHEZ-GOMEZ,
a/k/a Yolanda Santiago-Ruiz

Defendant

CRIMINAL 12-0019CCC

**ORDER**

Having considered the Report and Recommendation filed on January 13, 2012 (**docket entry 26**) on a Rule 11 proceeding of defendant Yudelka Sánchez-Gómez held before U.S. Magistrate Judge Bruce J. McGiverin on January 10, 2012, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Sánchez-Gómez is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 10, 2012.  The **sentencing hearing is set for April 11, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge